**SO ORDERED.**

**SIGNED this 18th day of March, 2016.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

    Travis C Hayes
    SSN: XXX-XX-9478                            Case No: 16-20426-13
               Debtor

**ORDER TO EMPLOYER TO PAY TO THE TRUSTEE**

    **WHEREAS,** the Debtor(s) herein have submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan;

    **IT IS ORDERED** that the Debtors employer:

AXCET HR SOLUTIONS
ATTN PAYROLL DEPARTMENT
8325 LENEXA DRIVE
SUITE 410
OVERLAND PARK, KS 66214
is hereby ordered and directed, until further order of this Court, to pay the sum of:

                           **$835.66 Monthly**

**BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:**

**W.H. GRIFFIN, TRUSTEE**
**PO BOX 613106**
**MEMPHIS TN 38101**

**BE ADVISED** that if the Debtor is paid on a frequency other than monthly the following payment amount will apply:

$192.85 Weekly
$385.69 Bi-Weekly
$417.83 Semi-Monthly

**IT IS FURTHER ORDERED** that said employer notify said Trustee if the employment of said Debtor(s) is terminated, and the reason for such termination. This supersedes any previous order, if any, made to you in this case. The employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

###

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com